# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: _____

JASON GOLDSTEIN, *individually and
on behalf of all others similarly situated*,

      Plaintiff,

vs.

FANDANGO MEDIA, LLC,

      Defendant.

Removed from the Circuit Court
Of Palm Beach County, Florida
CASE NO. 502021CA001745XXXXMB

## DECLARATION OF GABRIELA KORNZWEIG IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

I, Gabriela Kornzweig, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of eighteen (18). I have personal knowledge of the facts stated in this declaration, and if called to testify, could and would competently testify thereto.

2. I am Vice President, Corporate Legal Affairs for NBCUniversal Media, LLC, the indirect parent company of Fandango Media, LLC. I have served in Corporate Legal Affairs NBCUniversal Media, LLC since 2008. I am familiar with the corporate structure of NBCUniversal Media, LLC, Fandango Media, LLC and the legal citizenship and existence of the companies within their umbrella of companies, including, as applicable, their state of incorporation, principal place of business and the laws under which they are organized and dissolved. The facts contained in this declaration are based either on my personal knowledge or information I obtained from the books and records of NBCUniversal Media, LLC, Fandango Media, LLC ("Fandango") and/or their parent and related entities, which I am informed and believe

are made at or near the time of the act, condition, or event set forth in the record by, or from information transmitted by, a person with knowledge of those matters. If called as a witness, I could and would testify competently to the facts stated herein.

3. Based on company records routinely maintained in the ordinary course of business and entered contemporaneously by persons having knowledge of the events recorded and whose job duties include recording them, I have determined the following information regarding the corporate citizenship and status of the various entities Plaintiff named in his Complaint.

4. Fandango is a limited liability company organized and existing under the laws of the Commonwealth of Virginia with its principal place of business in the State of California. Fandango's members are MTC Acquisition LLC and Fandango Holdings LLC.

5. MTC Acquisition LLC is a limited liability company organized and existing under the laws of the state of Delaware. The sole member of MTC Acquisition LLC is Fandango Holdings LLC.

6. Fandango Holdings LLC is a limited liability company organized under the laws of the Commonwealth of Virginia. The members of Fandango Holdings LLC are (1) NBCUniversal Fandango Holdings, LLC; (2) Flixster, Inc.; and (3) WB Communications, Inc.

7. Flixster, Inc. and WB Communications, Inc. are not direct parent or subsidiary entities of Fandango Media, LLC. I am informed and believe based on publicly filed information that (1) Flixter, Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of California; and (2) WB Communications, Inc., is a corporation organized and existing under the laws of the State of California with its principal place of business in the State of California.

8. NBCUniversal Fandango Holdings, LLC is a limited liability company organized

under the laws of the Commonwealth of Virginia. The sole member of NBCUniversal Fandango Holdings, LLC is NBCUniversal Media, LLC, a limited liability company organized under the laws of the state of Delaware. The sole member of NBCUniversal Media, LLC is NBCUniversal, LLC, a limited liability company organized under the laws of state of Delaware.

9. The members of NBCUniversal, LLC are (1) Comcast Navy Acquisition, LLC, a limited liability company organized under the laws of the state of Delaware; (2) Comcast Navy Contribution, LLC, a limited liability company organized under the laws of the state of Delaware; (3) NBCUniversal Enterprise, Inc., a Delaware corporation with its principal place of business in Wilmington, Delaware; (4) SNL Entertainment Holdings, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania; (5) Comcast CCW Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (6) Comcast DW Holding, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania; and (7) Comcast Snap Holdings II, LLC, a limited liability company organized under the laws of the state of Delaware.

10. The sole member of Comcast Navy Acquisition, LLC was, at the time of filing, and is now, Comcast Corporation.

11. Comcast Corporation is incorporated in Pennsylvania. Its principal place of business, and the location from which the highest level officers direct, control, and coordinate the corporation's activities, is located at its corporate headquarters in Philadelphia, Pennsylvania. All high level corporate officers for Comcast Corporation have their offices located in Philadelphia, Pennsylvania, including the following: Chairman, President & Chief Executive Officer, Chief Operating Officer, Chief Financial Officer, Chief Information Officer, Chief Marketing Officer, Senior Executive Vice President, and the Executive Vice President & General Counsel. The

majority of Comcast Corporation's corporate decisions are made in Philadelphia, Pennsylvania, including its operational, executive, administrative, and policy making decisions. The Officers listed above are responsible for the direction, control, and coordination of the activities covered by their respective offices. Comcast Corporation conducts the majority of its administrative functions such as payroll, legal, tax, benefits, and accounting at its corporate headquarters in Philadelphia, Pennsylvania. Moreover, the majority of the administrative functions crucial to Comcast Corporation's day-to-day operations are conducted in Philadelphia, Pennsylvania.

12. The members of Comcast Navy Contribution, LLC were, at the time of filing, and are now: (1) Comcast SportsNet New England Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (2) Comcast SportsNet Philadelphia Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (3) Versus Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (4) Comcast CHC, LLC, a limited liability company organized under the laws of the state of Delaware; (5) Comcast Contribution Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; and (6) E! Holdings, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania.

13. The members of Comcast SportsNet New England Holdings, LLC were, at the time of filing, and are now: (1) Comcast SportsNet NE Holdings, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania; and (2) CSNNE Partner, LLC, a limited liability company organized under the laws of the state of Delaware.

14. The sole member of CSNNE Partner LLC was, at the time of filing, and is now Comcast Holdings Corporation, a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania.

15. The sole members of Comcast SportsNet Philadelphia Holdings, LLC were, at the time of filing, and are now: (1) Comcast Holdings Corporation; and (2) Comcast Spectacor Holding Company, LLC, a limited liability company organized under the laws of the state of Delaware.

16. The sole member of Comcast Spectacor Holding Company, LLC was, at the time of filing, and is now, Comcast Holdings Corporation.

17. The members of Versus Holdings, LLC were, at the time of filing, and are now: (1) Comcast Holdings Corporation; and (2) E! Holdings, Inc.

18. The sole member of Comcast CHC, LLC was, at the time of filing, and is now, Comcast Holdings Corporation.

19. The sole member of Comcast Contribution Holdings, LLC was, at the time of filing, and is now, Comcast Corporation.

20. The members of Comcast CCW Holdings, LLC were, at the time of filing, and are now: (1) Comcast Navy Acquisition, LLC; and (2) Comcast Snap Holdings, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania.

21. The members of Comcast Snap Holdings II, LLC were, at the time of filing, and are now: (1) Comcast Navy Acquisition, LLC; and (2) Comcast Snap Holdings, Inc.

22. None of the entities within this structure were, on the date the Complaint was filed, or are now, Florida citizens. None have members or partners who were, at the time the Complaint was filed, or are now, Florida citizens. Similarly, based on publicly filed information, I am informed and believe that Flixster, Inc. and WB Communications, Inc. are not Florida citizens and were not on the date the Complaint was filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated:         March 1, 2021

/s/ Gabriela Kornzweig
Gabriela Kornzweig