# Exhibit A

## FOR FANDANGO VIPS

**VIP+ GET A $5 REWARD** Every 4 tickets = $5 for you. Earn points. Get rewarded. (plus, get rewarded faster with World Elite Mastercard®)

○ JOIN FANDANGO VIP FOR FREE
○ SIGN IN TO YOUR FANDANGO VIP ACCOUNT
● CHECK OUT AS A GUEST

*Indicates a required field

Email*

[                    ]

(For sending your purchase receipt.)

## THEATER REWARDS

Members earn points and waive the Fandango convenience fee! More Info
AMC STUBS ∨

Card Number

[                    ] **APPLY**

## PAYMENT 🔒

### USE CREDIT OR DEBIT CARD

*Indicates a required field

● VISA  [AmEx]  [MasterCard]  [DISCOVER]

Card Number*

[                    ]

Expiration Month*    Expiration Year*    Security Code*

[Month ∨]            [Year ∨]            [    ]  What's this?

First Name*                              Last Name*

[                    ]                   [                    ]

Billing ZIP Code*

[                    ]

### OR USE OTHER PAYMENT METHOD

Need Help With Checkout?

