**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-80466-RAR**

**JASON GOLDSTEIN**, *individually and on behalf of all others similarly situated*,

      Plaintiff,

v.

**FANDANGO MEDIA, LLC**,

      Defendant.
_____/

## ORDER REFERRING MOTION

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On April 15, 2021, Defendant filed a Renewed Motion to Compel Arbitration [ECF No. 26] ("Motion").

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [ECF No. 26] is **REFERRED** to United States Magistrate Judge Bruce E. Reinhart to take all necessary and proper action as required by law.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of April, 2021.

                                        _____
                                        RODOLFO A. RUIZ II
                                        UNITED STATES DISTRICT JUDGE