**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-80466-RAR**

**JASON GOLDSTEIN**, *individually and*
*on behalf of all others similarly situated*,

      Plaintiff,

v.

**FANDANGO MEDIA**, **LLC**,

      Defendant.

_____/

**ORDER OF DISMISSAL**

    **THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 46]. The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that this case is **DISMISSED** *without prejudice* as to Plaintiff Jason Goldstein's individual claims and **DISMISSED** *without prejudice* as to the class claims. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of September, 2021.

                                                  _____
                                                  **RODOLFO A. RUIZ II**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record